U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 NOV 3 AM 9 57

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JOHN PICKETT, JULIE PICKETT, AND VERMONT MUTUAL INSURANCE COMPANY<br>    Plaintiffs,<br><br>v.<br><br>ULTRAMAR ENERGY, INC., STAR GAS PARTNERS, L.P., AND STAR GAS PROPANE, L.P.<br>    Defendants<br><br>ULTRAMAR ENERGY, INC.<br>    Third Party Plaintiff<br><br>v.<br><br>GAS SUPPLY RESOURCES, INC. and AMERICAN WELDING & TANK CO.<br>    Third Party Defendants | CIVIL ACTION NO. 2:05-CV-46 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties in the above-captioned action, each through its respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to the dismissal, without prejudice, of all claims and counterclaims in the above action, each party to bear its own fees and costs, on the grounds that this Court lacks subject matter jurisdiction under 28 U.S.C. §1332.

DATED at Stowe, Vermont this ____ day of October, 2005.

        DARBY STEARNS THORNDIKE KOLTER & WARE, LLP

        _____
        Mark H. Kolter, Esq.
        25 Main Street, P.O. Box 1392
        Stowe, VT 05672-1392

        Attorneys for Plaintiffs

DATED at Burlington, Vermont this 18 day of October, 2005.

        POWELL ORR & BREDICE, PLC

        _____
        Bret P. Powell
        400 Cornerstone Drive, Suite 240
        Williston, VT 05495
        (802) 878-1500

        Attorneys for Defendant Ultramar Energy, Inc.

DATED at Burlington, Vermont this 27th day of October, 2005.

        DINSE KNAPP & McANDREW, P.C.

        _____
        Samuel Hoar, Jr.
        P.O. Box 988, 209 Battery Street
        Burlington, VT 05402
        (802) 864-5751

        Attorneys for Defendant Star Gas Partners, L.P. and Star Gas Propane, L.P.

Dated at Burlington, Vermont, this 13th day of October, 2005.

PAUL FRANK + COLLINS P.C.

_____
Stephen J. Soule
P.O. Box 1307, One Church Street
Burlington, VT 05402-1307
(802) 658-2311

Attorneys for Third-Party Defendant Gas Supply Resources, Inc.

Dated at Burlington, Vermont, this **14** day of October, 2005.

                                        LAW OFFICES OF POTTER STEWART, JR.

                                        */s/ Potter Stewart*
                                        Potter Stewart, Jr.
                                        205 Main Street, Suite 8
                                        Brattieboro, VT 05301-2868
                                        (802) 257-7244

                                        Attorneys for Third-Party Defendant American Welding & Tank Co.

C:\Sect3\Pickett II\Stiplation of Dismissal.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JOHN PICKETT,<br>JULIE PICKETT, AND<br>VERMONT MUTUAL INSURANCE<br>COMPANY<br>    Plaintiffs,<br><br>v.<br><br>ULTRAMAR ENERGY, INC.,<br>STAR GAS PARTNERS, L.P., AND<br>STAR GAS PROPANE, L.P.<br>    Defendants<br><br>ULTRAMAR ENERGY, INC.<br>    Third Party Plaintiff<br><br>v.<br><br>GAS SUPPLY RESOURCES, INC. and<br>AMERICAN WELDING & TANK CO.<br>    Third Party Defendants | CIVIL ACTION NO. 2:05-CV-46 |

## CERTIFICATE OF SERVICE

I hereby certify that, on the 26th day of October, 2005, I served the following upon the parties: Stipulation of Dismissal Without Prejudice, by e-mail and by mailing a copy of the same First Class mail, postage prepaid, to:

    Bret P. Powell, Esq.
    Powell, Orr & Bredice, PLC
    400 Cornerstone Drive, Suite 240
    Williston, VT  04595
    Attorney for Defendant/Third-Party Plaintiff, Ultramar Energy, Inc.

    Henry P. Sorett, Esq.
    Brickley, Sears & Sorett, P.A.
    Suite 1700, 75 Federal Street
    Boston, MA  02110
    Attorney for Defendant/Third-Party Plaintiff, Ultramar Energy, Inc.

    Frank W. Beckstein, III, Esq.
    Nelson, Kinder, Mosseau & Saturley, P.C.
    45 Milk Street, 7th Floor
    Boston, MA  02109
    Attorney for Defendants, Star Gas Partners, L.P. and Star Gas Propane, L.P.

Samuel Hoar, Jr., Esq.
Dinse, Knapp & McAndrew, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
Attorney for Defendants, Star Gas Partners, L.P. and Star Gas Propane, L.P.

Larry Lipe, Esq.
Conner & Winters
3700 First Place Tower
15 East Fifth Street
Tulsa, OK 74103-4344
Attorney for Third-Party Defendant, Harsco Corporation

Potter Stewart, Esq.
Potter Stewart, Jr. Law Offices, P.C.
205 Main Street, Suite 8
Brattleboro, VT 05301
Attorney for Third Party Defendant, Harsco Corporation

Stephen J. Soule, Esq.
Paul Frank & Collins, P.C.
One Church Street
P.O. Box 1307
Burlington, VT 05402-1307
Attorney for Third-Party Defendant, Gas Supply Resources, Inc.

Dated at Stowe, Vermont on this 26th day of October, 2005.

Attorneys for Plaintiffs John and Julie Pickett

By_____
Mark H. Kolter, Esq.
Darby Stearns Thorndike Kolter & Ware, LLP
25 Main Street, P.O. Box 1392
Stowe, VT 05672-1392